UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

CARLOS VINALES,

    Defendant.

16-CR-167 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court modifies the terms of the defendant's supervised release to include a term of inpatient substance abuse treatment.

**SO ORDERED.**

Dated: August 13, 2020
       New York, New York

*[Signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA, U.S.D.J.