# LAW OFFICE OF
# AARON M. GOLDSMITH

A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679 ** (Tel.) – (212) 566-6212
(Fax) - (212) 566-8165
www.aarongoldsmithlaw.com

★ Admitted in NY and CT

March 11, 2021

*Via ECF*
US DISTRICT COURT, SDNY
Hon. Loretta A. Preska, USDJ
500 Pearl Street
New York, NY 10007

                                           Re:     <u>United States v Carlos Vinales</u>
                                                      Indictment No.: 16 CR 167 (LAP)

Dear Honorable Madame:

      As you know, I have been appointed to represent the defendant, CARLOS VINALES in the above-referenced Violation of Supervised Release matter. Please accept this correspondence as a request to adjourn the conference scheduled for March 16, 2021 to a date/time convenient to the Court during the week of May 17-21, 2021.

      As the Court is also aware, Mr. Vinales has three (3) cases in Queens and New York Counties. The cases are open and he has appearances on April 13, 19 and 26, 2021 respectively. I believe it will be in the best interests of all parties and efficiency for the Court to adjourn this matter until after April 26, 2021 to hopefully permit Mr. Vinales to resolve his open state court cases.

      I have conferred with Pre-Trial Services and the Government regarding this application, and neither USPTO Daveena Tumasar, nor AUSA Eli Mark have any objection hereto. We have also conferred generally on dates, and it will be mutually convenient to all parties to select a date during the week of May 17-21, 2021.

      Thank you for your time and consideration. Should you have any further questions, concerns or directives, please feel free to contact the undersigned via email or cellphone (914) 588-2679.

*[Handwritten: The conference is adjourned to May 26, 2021 at 11:00 a.m. SO ORDERED. Loretta A. Preska 3/15/21]*

Respectfully submitted,

*Aaron M. Goldsmith*

cc:     *via ECF and email*
Eli Mark, AUSA

*Via ECF and email*
Daveena Tumasar, AUSA